1  WILLIAM McGRANE [057761]
   MAUREEN HARRINGTON [194606]
2  McGRANE, GREENFIELD, HANNON
   & HARRINGTON LLP
3  One Ferry Building, Suite 220
   San Francisco, CA 94111
4  Telephone:  (415) 283-1776
   Facsimile:   (415) 283-1777
5
   BERNARD S. GREENFIELD [66017]
6  McGRANE, GREENFIELD, HANNON
   & HARRINGTON LLP
7  40 South Market Street, Second Floor
   San Jose, CA 95113
8  Telephone:  (408) 995-5600
   Facsimile:   (408) 995-0308
9
   Attorneys for North San Jose Interests
10

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14
   NORTH SAN JOSE INTERESTS, a           Case No. C-05-04594 PVT
15 California limited partnership

16                                       STIPULATION
            Plaintiff,                   (1) ENLARGING TIME TO RESPOND
17                                       TO COMPLAINT (Local Rule 6-1(a)),
       v.                                (2) CONTINUING CASE
18                                       MANAGEMENT CONFERENCE (Local
                                         Rules 6-2(a) and 16-2(d)), AND
19 SR TELECOM USA, INC., a Delaware      (3) SEEKING RELIEF FROM CASE
   corporation; SR TELECOM, INC., a      MANAGEMENT SCHEDULE (Local
20 Canadian corporation,                 Rule 16-2(d), and

21          Defendants.                  **ORDER THEREON**
22

23              RECITALS AND STIPULATION

24     WHEREAS, on or about November 7, 2005, Plaintiff NORTH SAN JOSE

25 INTERESTS ("NSJI") initiated the above-captioned action against SR TELECOM

26 USA, INC. ("SRUSA") and SR TELECOM, INC. ("SRCAN").

1  WHEREAS, on November 14, 2005, NSJI served SRUSA with the
2  Summons and Complaint;
3  WHEREAS, on November 18, 2005, NSJI filed an involuntary bankruptcy
4  petition against SRUSA for relief under Chapter 7 of the United States Bankruptcy
5  Code in the United States Bankruptcy Court for the District of Delaware.
6  WHEREAS, on or about December 9, 2005, SRCAN agreed to service of
7  process, and SRCAN and NSJI stipulated to extend the time, up to an including
8  January 31, 2006, for SRCAN to file a responsive pleading in this action.
9  WHEREAS NSJI, SRUSA, and SRCAN have entered into a settlement
10 agreement ("Agreement"), the terms and conditions of which will not be fully
11 performed until April 30, 2006.  Moreover, and unless the parties extend such
12 deadline, the Agreement is null and void if certain terms and conditions of the
13 Agreement are not performed by such date.
14 WHEREAS, on November 8, 2005, this Court entered an Order Setting
15 Initial Case Management Conference, setting the initial Case Management
16 Conference for March 14, 2006 at 2:00 p.m. and scheduling the following
17 deadlines:

| | | |
|---|---|---|
| 18 | 2/21/06 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference. |
| 21 | 3/7/06 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report. |

23
24 THEREFORE, NSJI, SRCAN, and SRUSA, by and through their
25 respective counsel of record, hereby stipulate to the following:
26

2
STIPULATION (1) ENLARGING TIME TO RESPOND TO COMPLAINT, (2) CONTINUING CASE
MANAGEMENT CONFERENCE, AND (3) SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE and
ORDER THEREON

1   A.  SRCAN shall have to and including April 30, 2006 to file its responsive
2   pleading.
3   B.  The Case Management Conference is continued from March 14, 2006 to
4   June 5, 2006 at 2:00 p.m.
5   C.  The last day to meet and confer regarding initial disclosures, early
6   settlement, ADR process selection, and discovery plan, and the last day to file a
7   Joint ADR Certification with Stipulation to ADR process or Notice of Need for
8   ADR Phone Conference shall be May 9, 2006.
9   D.  The last day to complete initial disclosures or state objection in Rule
10  26(f) Report, and file and serve Case Management Statement and Rule 26(f)
11  Report shall be May 30, 2006.
12  E.  SRCAN reserves all rights to contest jurisdiction, and does not waive
13  these rights be entering into this Stipulation.

14  Dated: January 19, 2006             McGrane Greenfield LLP

                                        By___/S/ Bernard S. Greenfield_____
16                                      Bernard S. Greenfield, attorneys for
                                        Plaintiff North San Jose Interests
17
18  Dated: January 19, 2006             MBV Law LLP

19                                      By___/S/ Dwight C. Donovan_____
                                        Dwight C. Donovan, Specially
20                                      Appearing for Defendant SR Telecom,
                                        Inc. and SR Telecom USA, Inc.
21

22                           ORDER

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  Dated: __1/23/06__                  _/s/ Patricia V. Trumbull_____
25                                      The Honorable PATRICIA V. TRUMBULL
                                        U.S. ~~Chief~~ Magistrate Judge
26

---
3
STIPULATION (1) ENLARGING TIME TO RESPOND TO COMPLAINT, (2) CONTINUING CASE
MANAGEMENT CONFERENCE, AND (3) SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE and
ORDER THEREON